# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-0071-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| CLEVELAND BROOKS, | |
| Defendant. | |

Before the Court is Mr. Brooks' Emergency Motion to Permit Transportation [ECF No. 82]. Having reviewed the Motion and the government not opposing the Motion so long as there is a law enforcement escort, the Court finds there is good cause and sufficient reason to GRANT the Motion.

Accordingly,

**IT IS THEREFORE ORDERED** that the United States Marshals Service or agents or individuals acting under their supervision or authority SHALL transport Mr. Brooks to Sunrise Hospital as soon as feasible TODAY, February 7, 2020, to be able to visit with his wife who is a patient at the hospital and to speak with her doctors.

**IT IS FURTHER ORDERED** that Mr. Brooks shall have a law enforcement escort during his entire visit to the hospital. This escort shall be a deputy of the United States Marshals Service or an individual(s) operating under the supervision or direction of the United States Marshals Service.

**IT IS FURTHER ORDERED** that Mr. Brooks shall be returned to the detention facility TODAY, February 7, 2020, but his visit with his wife shall be as long as feasible at the discretion

of the United States Marshals Service. However, in no event shall the visit be less than four hours from the time of Mr. Brooks' arrival at the hospital until the time of his departure from the hospital.

**DATED:** February 7, 2020.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**