LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@LRasmussenLaw.com

Attorneys for Cleveland Brooks

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-0071 RFB-BNW |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR AN ORDER AUTHORIZING PREPARATION OF A PRE-PLEA PRE-SENTENCE REPORT** |
| CLEVELAND BROOKS, | |
| Defendant. | |

COMES NOW the Defendant, Cleveland Brooks, by and through his counsel, Lisa Rasmussen, and respectfully requests that this Court enter an order directing United States Probation to prepare a pre-plea presentence report so that Mr. Brooks can better understand his criminal history points and any potential sentence that might be imposed if he pleads guilty, or goes to trial.  This enable the undersigned and Mr. Brooks to have a fully informed conversation about his options.  Mr. Brooks has a criminal history, but much of it is very, very old, so it is not easy to readily calculate his criminal history points.

UNOPPOSED MOTION FOR AN ORDER AUTHORIZING PREPARATION OF A PRE-PLEA PRE-SENTENCE REPORT - 1

For each of these reasons, an order directing United States Probation to prepare a pre-sentence report that outlines Mr. Brooks criminal history and any other applicable sentencing enhancements as a result thereof is requested.

The undersigned has discussed this with the government and the government does not oppose this request. A proposed order is attached hereto.

Dated this 17th day of April, 2020.

**Law Offices of Kristina Wildeveld & Associates,**

/s/ Lisa A. Rasmussen
_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Counsel for Cleveland Brooks

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing, MOTION FOR PRE-PLEA INVESTIGATION REPORT, upon all counsel participating in CM/ECF in the above-entitled case on this 17th day of April, 2020, including but not limited to:

Mr. Kevin Schiff, AUSA
Counsel for the USA

/s/ Lisa A. Rasmussen
_____
Lisa A. Rasmussen, Esq.

UNOPPOSED MOTION FOR AN ORDER AUTHORIZING PREPARATION OF A PRE-PLEA PRE-SENTENCE REPORT - 2

**ORDER**

Upon the Motion of the Defendant, and good cause appearing, and there being no opposition from the government,

IT IS HEREBY ORDERED that United States Probation is to prepare a pre-plea presentence report on the Defendant, Cleveland Brooks, that shall include his criminal history score, the basis for the score and any potential applicable criminal history enhancement(s), such as career offender, or similar.

Dated: April 20, 2020



_____
The Honorable Richard F. Boulware, II
United States District Judge